UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO CARDENAS-GUTIERREZ, | Case No. CV 11-146 JHN (MRW) |
| Petitioner, | JUDGMENT |
| vs. | |
| LINDA SANDERS, | |
| Respondent. | |

Pursuant to the Order Adopting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: June 16, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE